**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juanita Walker COOPER, Defendant–Appellant.**

No. 01–7924.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Juanita Walker Cooper, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Juanita Walker Cooper appeals from the district court's order denying her motions to modify her term of imprisonment and to dismiss the indictment and her conviction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Cooper*, No. CR–92–108 (S.D.W.Va. Oct. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*